UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JEFFEREY LONG**                                              **CIVIL ACTION**

**VERSUS**

**UNITED STATES DEPARTMENT**                      **NO. 24-00001-BAJ-EWD**
**OF HOUSING URBAN**
**DEVELOPMENT, ET AL.**

## RULING AND ORDER

This is a breach of contract case. Plaintiff's only remaining claims are against Defendants United States Department of Housing [and] Urban Development ("HUD") and GMFS, Inc, neither of which has been served. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 45, the "Report")**, recommending that Plaintiff's remaining claims be dismissed without prejudice on the Court's own motion for failure to timely effect service under Fed. R. Civ. P. 4(m) and Local Civil Rule 41(b)(1)(A).

Since the issuance of the Report, the Court has given Plaintiff numerous extensions of time to find an attorney to represent him in this matter. (*See* Docs. 46, 53, 57, 60, 62). In the Court's final order giving Plaintiff additional time to find counsel or pursue this case *pro se*, the Court warned that failure to serve the remaining Defendants by November 15, 2024, would result in the adoption of the Report and the dismissal of the case. In total, Plaintiff has had nearly six months to

find an attorney, and apparently has failed to do so. November 15 has come and gone, without any filing by Plaintiff.

For this reason, having carefully considered the operative petition and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants United States Department of Housing [and] Urban Development and GMFS, Inc. be and are hereby **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to timely effect service of process.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 19th day of November, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA